JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZUMBA FITNESS, LLC, a Florida limited liability company, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV 11-2448 PA (MANx) **JUDGMENT & PERMANENT INJUNCTION** |
| Plaintiff, | | |
| vs. | | |
| WILLIAM CHESTER MOORE, an individual, and Does 1-10, inclusive, | | |
| Defendants. | | |

In accordance with this Court's July 18, 2011 Order granting the Motion for Default Judgment filed by plaintiff Zumba Fitness LLC ("Plaintiff") against defendant William Chester Moore ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Defendant shall pay Plaintiff statutory damages in the amount of $20,000.

2. Defendant shall pay Plaintiff's attorney's fees in the amount of $1,800.

3. Plaintiff shall recover its costs of suit in the amount of $731.07.

4. Defendant and all of his respective agents, servants, employees, officers, representatives, promoters and all other persons acting in concert or participation with each of them, shall be and hereby are forever restrained and enjoined from directly or indirectly infringing in any manner upon any of Plaintiff's trademarks or copyrights, including without limitation the following:

(a) Copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses or otherwise makes use of any of Plaintiff's Zumba® or Zumba Fitness® trademarks or copyrights, or constitutes a colorable imitation of Plaintiff's Zumba® or Zumba Fitness® trademarks or copyrights;

(b) Using the Zumba Fitness® mark or Zumba® mark, or any confusingly similar or colorable imitation of the marks, in any manner for the purpose of enhancing the commercial value of the goods or services of Defendant, or in connection with the promotion, advertising, distribution, manufacture or sale of Defendant's goods or services; or

(c) Otherwise infringing upon Plaintiff's Zumba® or Zumba

Fitness® trademarks or copyrights.

    5.    Defendant shall destroy all unauthorized products, labels, signs, prints, packages, wrappers, receptacles, or advertisements in his possession or control, which feature Plaintiff's Zumba® or Zumba Fitness® trademarks or copyrights, or any confusingly similar or colorable imitation thereof.

Dated: July 18, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE